993 F.2d 1539
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Clarence SUTTON, Petitioner-Appellant,
v.
WARDEN, MARYLAND HOUSE OF CORRECTION; Attorney General of
the State of Maryland, Respondents-Appellees.
 No. 93-6323.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: May 3, 1993
Decided: May 28, 1993
 
 Appeal from the United States District Court for the District of Maryland, at Baltimore. Alexander Harvey, II, Senior District Judge. (CA-92-2426-H)
 Theodore A. Howard, Laurin Howard Mills, Andrew Michael Ray, Hopkins & Sutter, Washington, D.C., for Appellant.
 John Joseph Curran, Jr., Attorney General, Mary Ellen Barbera, Assistant Attorney General, Baltimore, Maryland, for Appellees.
 D.Md.
 DISMISSED.
 Before RUSSELL and HALL, Circuit Judges, and SPROUSE, Senior Circuit Judge.
 PER CURIAM:
 
 OPINION
 
 1
 Clarence Sutton seeks to appeal the district court's order refusing habeas corpus relief pursuant to 28 U.S.C. § 2254 (1988). Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Sutton v. Warden, Maryland House of Correction, No. CA-92-2426H (D. Md. March 11, 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED